COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Joshua Tyrone Lane, Relator

Appellate case number:    01-15-00460-CR and 01-15-00461-CR

Trial court case number:   54972-1 and 54972-3

Trial court:               300th Judicial District Court of Brazoria County

On May 19, 2015, relator, Joshua Tyrone Lane, filed a *pro se* motion for leave to file a writ of mandamus, construed as a petition for writ of mandamus, seeking to compel the respondent trial court to rule on his pending post-conviction DNA testing motion, which he claims was filed on January 15, 2015, in the above-referenced trial cause proceedings. Because the relator in his petition alleges that the State already responded to his motion in the trial court, but it appears that this mandamus petition may not have been served on the real party in interest, Brazoria County District Attorney's Office, this Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                       ☒ Acting individually    ☐ Acting for the Court

Date: June 2, 2015